UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FERTILIZANTES TOCANTINS S.A.,

    Plaintiff,

v.                                                                     Case No: 8:21-cv-2884-VMC-JSS

TGO AGRICULTURE (USA) INC.,

    Defendant.
_____/

## **ORDER**

    The parties jointly move for a limited exception to the current discovery deadline of September 13, 2022, specifically to conduct the deposition of non-party Mr. Gavin Liu on or before September 30, 2022. (Motion, Dkt. 59.) On January 31, 2022, the court entered a Case Management and Scheduling Order setting a discovery deadline of September 13, 2022. (Dkt. 38.) With the Motion, the parties do not seek an extension of the discovery deadline, but rather ask the court for a limited exception to the deadline such that the deposition of Mr. Liu may be completed on or before September 30, 2022. (Dkt. 59.)

    Courts enjoy broad discretion in deciding how to best manage the cases before them. *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997); *see Patterson v. U.S. Postal Serv.*, 901 F.2d 927, 929 (11th Cir. 1990). In exercising this discretion, a court may extend the time concerning when an act must be done within a specific time if the request is made before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1)(A).  Moreover, a scheduling order may be modified or extended upon a showing of good cause with the consent of the court.  Fed. R. Civ. P. 16(b)(4).  Here, the Motion was timely filed, and the court finds good cause to allow the requested exception to the discovery deadline and permit the deposition of Mr. Liu to be conducted on or before September 30, 2022.

Accordingly, it is **ORDERED** that the parties' Joint Motion to Establish a Limited Exception to the Discovery Deadline (Dkt. 59) is **GRANTED**.  The deposition of non-party Mr. Liu may take place on or before September 30, 2022.  All deadlines as set by the court remain unchanged.

**ORDERED** in Tampa, Florida, on September 14, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record